THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**  104
1-2 / 210
16247

| Case | Debtor |
|---|---|
| 00-15310 A | EARLS, WILLIE |
| 312092587066 | EARLS, ARNESE |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date 02/10/2007   $ *******1,501.19

~~~One Thousand Five Hundred One Dollars and 19/100

Pay to the Order of  CLERK, UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST.
ROOM B - 601
NEW ORLEANS LA 70130

MICHAEL CHIASSON

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆00000104⑆ ⑇021000021⑇ 312092587066⑆

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**

**VOID AFTER 90 DAYS**  105
1-2 / 210
16246

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 221615    — KW
* * C O P Y * *
February 15, 2007
11:37:49

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date 02/10/2007   $ *********213.52

ollars and 52/100

PTCY COURT

MICHAEL CHIASSON

TREASURY REGFUND
00-15310
Debtor.: WILLIE EARLS
Trustee: Michael Chiasson
Amount.:            $213.52 CH
Check#.: 105

TREASURY REGFUND
00-15310
Debtor.: WILLIE EARLS
Trustee: Michael Chiasson
Amount.:            $1,501.19 CH
Check#.: 104

Total—> $1,714.71

FROM: CHIASSON

2/15/07

$1714.71
Deposited to
Treasury 6047BK
for funds due
creditor:
The Gallagher Law Firm

Michael Chiasson, Panel Trustee
United States Bankruptcy Court
Post Office Box 1666
Mandeville, La. 70470

(985) 674-9848

February 10, 2007

Financial Administrator
United States Bankruptcy Court
500 Poydras Street, Suite B - 601
New Orleans, La. 70130

Re:   Case No.:     00-15310
                           Section A
     Case Name:    EARLS, WILLIE EARLS, ARNESE

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to the creditor(s) listed:

THE GALLAGER LAW FIRM        $1,501.19   and   $213.52
777 WALKER STREET
SUITE 2500
HOUSTON, TEXAS 677002

My check is being sent to you because I issued a check for the same amount, and the same payee listed above, and the check(s) remain unpaid 90 days since the time of issuance.

Sincerely,

*[signature: Michael Chiasson]*

Michael Chiasson, Trustee.